# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

KAREEM JAMAL YOUNG,  §
#71410-019  §
 §  CIVIL ACTION NO. 3:25-CV-3328-S-BN
v.  §
 §
 §
UNITED STATES, et al.  §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 28, 2026.

_____
**UNITED STATES DISTRICT JUDGE**